IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : CASE NUMBER – 7:13-CV-78 |
| VS. | : |
| | : |
| UNIVERSAL SCP, INC., | : |
| | : |
| Defendant, | : |
| | : |
| AND | : |
| | : |
| FARMERS AND MERCHANTS BANK | : |
| | : |
| Garnishee. | : |

**WRIT OF GARNISHMENT**

GREETINGS TO:   Farmers and Merchants Bank
Attn:  Garnishments
3303 Inner Perimeter Road
Valdosta, GA  31604

An application for a Writ of Garnishment against the property of Universal SCP, Inc., defendant, has been filed with this Court. A judgment has been entered against the above-named defendant in the amount of $18,606.19. A balance of $18,606.19 remains.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor. The garnishee shall withhold and retain any property in which the debtor has a substantial nonexempt interest and for which the garnishee is or may become indebted to the judgment debtor pending further order of the court.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Court at: **P.O. Box 68, Valdosta, GA 31601.** Additionally, you are required by law to serve a copy of this answer upon the debtor and upon the United States Attorney's Office, Attention: Financial Litigation Unit, Post Office Box 1702, Macon, Georgia 31202-1702.

Under the law, there is property which is exempt from this writ of garnishment. Property which is exempt and which is not subject to this Order is listed on the attached Claim For Exemption Form.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's nonexempt property. It is unlawful to pay or deliver to the defendant any item withheld pursuant to this writ. **All monies or other property withheld by garnishee pursuant to this garnishment shall be made payable to the United States Department of Justice and mailed to the U.S. Attorney's Office, Middle District of Georgia, Financial Litigation Unit, Post Office Box 1702, Macon, Georgia 31202-1702.** No monies or other property shall be forwarded to plaintiff until the court enters an order directing garnishee as to the disposition of the judgment debtor's non-exempt interest in such property.

SO ORDERED, this 23rd day of __July__ , 2014.

___s/ Hugh Lawson___
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA