IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : CASE NUMBER – 7:13-CV-78 |
| VS. | : |
| UNIVERSAL SCP, INC., | : |
| Defendant, | : |
| AND | : |
| FIRST STATE BANK AND TRUST CO | : |
| Garnishee. | : |

GARNISHEE ORDER

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the sum of $4,700.99.

The United States and the Defendant have agreed to garnish the defendant's account in the amount of $776.00.  Defendant has agreed to resume voluntary monthly payments of $388.00 on October 1, 2014, and monthly thereafter by the 1st of each month.

IT IS ORDERED that garnishee pay the sum of $776.00 to plaintiff to be applied toward Defendant's indebtedness to Plaintiff in the above-referenced case.  Payment should be

made payable to the U.S. Department of Justice and mailed to the U.S. Attorney's Office, Attn: Financial Litigation Unit, P.O. Box 1702, Macon, GA 31202-1702.

SO ORDERED, this 11th day of August, 2014.

*s/ Hugh Lawson*
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA

CONSENTED TO BY:

UNIVERSAL SCP, INC.

By**:   /s/ Rick Andrew**
Rick Andrew

CONSENTED TO AND PREPARED BY:

UNITED STATES OF AMERICA

By**:   /s/ Bernard Snell**
Bernard Snell
Assistant United States Attorney